JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| JAMES FLORES, | ) | No. CV 09-02534-MMM (VBK) |
| | ) | |
| Petitioner, | ) | [PROPOSED] JUDGMENT |
| | ) | |
| v. | ) | |
| | ) | |
| JAMES YATES, | ) | |
| | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting and Adopting the Report and Recommendation of the United States Magistrate Judge, and dismissing the Petition for Writ of Habeas Corpus ("Petition") without prejudice,

**IT IS ADJUDGED** that the Petition is dismissed without prejudice.

DATED: August 21, 2009

MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE